# CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against Eldercare Management Services, Inc. et al. For purposes of pursuing my unpaid wage and overtime claims against Eldercare Management Services, Inc. et al, I choose to be represented by Rowdy Meeks Legal Group LLC and other attorneys with whom they may associate.

Date: 9/17/10

[Signature: Cameron]

Printed Name: Toki Cameron