UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | Toki R. Cameron On behalf of herself and all others similarly situated | **Defendant (s):** | Eldercare Management Services, Inc. ; Eldercare Of Mid-Missouri VII, Inc. ; Eldercare Of Mid-Missouri V, Inc. ; Eldercare Of Mid-Missouri VI, Inc. ; Eldercare Of Mid-Missouri IV, Inc. ; Eldercare Of Mid-Missouri, VIII, Inc. ; Brook View Nursing Home, Inc. ; Eldercare Of The Valley, Inc. ; Eldercare Of Marble Hill, L.L.C. ; Eldercare Of Mid-Missouri IX, Inc. |

County of Residence: Cole
County Where Claim For Relief Arose: Cole

County of Residence: St. Charles

Plaintiff's Atty(s):
**Rowdy B. Meeks**
**Rowdy Meeks Legal Group LLC**
**4717 Grand Ave., Suite 840**
**Kansas City, Missouri  64112**
**8165312277**

Defendant's Atty(s):

II. Basis of Jurisdiction:　　　　　　　3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties
(Diversity Cases Only)
　　　　　　　　Plaintiff:- **N/A**
　　　　　　　　Defendant:- **N/A**

IV. Origin :　　　　　　　　1. Original Proceeding

V. Nature of Suit:　　　　　　　710 Fair Labor Standards Act

VI. Cause of Action:　　　　　**Failure to pay wages including overtime under 29 USC 201, et seq and Missouri law, and retaliation and discrimination**

VII. Requested in Complaint
　　　　　Class Action: Yes
　　　　　Dollar Demand:
　　　　　Jury Demand: **Yes**

Signature: **/s/ Rowdy B. Meeks**

　　Date: **10/05/2010**

　　　If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. Note: You may need to adjust the font size in your browser display to make the form print properly.　　　Revised: 05/09/06