# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **TOKI R. CAMERON** ) | |
| ) | |
| On Behalf of Herself ) | |
| All Others Similarly Situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:10-cv-04219-NKL |
| vs. ) | |
| ) | |
| **ELDERCARE MANAGEMENT** ) | |
| **SERVICES, INC. et al** ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR EXTENSION OF TIME TO BRIEF CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION

The parties respectfully request a 21-day extension of the current briefing schedule for conditional collective action certification, and in support of this joint motion state as follows:

1. Plaintiff filed this case, on October 5, 2010, seeking to recover unpaid wages and overtime on behalf of herself and other similarly situated current and former employees of Defendants' nursing homes in Missouri, under the Fair Labor Standards Act and Missouri wage and common laws;

2. Defendants deny any unlawful wage practices and deny that Plaintiff is similarly situated to the putative class and collective group of current and former employees;

3. Despite these contrary positions, the parties have reached a tentative settlement agreement;

4. The parties believe it is in their collective best interests, as well as the interests of the Court and judicial economy, to postpone briefing of conditional certification for 21 days to allow the parties time to finalize their settlement agreement;

5. Pursuant to this Court's Scheduling Order, Plaintiff's conditional certification motion is currently due April 15, 2011; Defendants' opposition brief is due April 29, 2011; Plaintiff's reply brief is due May 13, 2011 (Doc. 49);

6. This motion is timely as it is filed prior to the deadlines the parties seek to extend;

7. This is the parties' first request to extend this briefing schedule, and the parties do not believe a 21-day extension to allow for settlement will impact the current January 23, 2012 trial setting;

8. The sole purpose of this joint motion is to allow for an efficient resolution of this matter, and the parties do not intend to cause any undue delay.

For these reasons, the parties respectfully seek this Court's order extending the briefing schedule for conditional certification by 21 days.

Dated: April 14, 2011

Respectfully Submitted,

**ROWDY MEEKS LEGAL GROUP LLC**

                                                 */s/ Tracey F. George*
Rowdy B. Meeks, MO #48349
Tracey F. George, MO #52361
**Rowdy Meeks Legal Group LLC**
4717 Grand Ave., Suite 840
Kansas City, Missouri 64112
Tel: (816) 531-2277
Fax: (816) 531-7722
Rowdy.Meeks@rmlegalgroup.com
Tracey.George@rmlegalgroup.com
www.rmlegalgroup.com

ATTORNEYS FOR PLAINTIFFS

and

*/s/ Robert J. Tomaso*
Robert J. Tomaso
Josef S. Glynias
Kate M. Heideman
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
Saint Louis, Missouri 63105
Telephone: (314) 345-6000
Facsimile: (314) 480-1505
bob.tomaso@huschblackwell.com
joe.glynias@huschblackwell.com
kate.heideman@huschblackwell.com

ATTORNEYS FOR DEFENDANTS

**Certificate of Service**

      I hereby certify that a true and correct copy of the above and foregoing was sent on April 14, 2011 via email address as registered with the Court and under the requirements set forth by the Western District of Missouri under the policies for ECF Management and standing Orders to:

Robert J. Tomaso
Josef S. Glynias
Kate M. Heideman
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
Saint Louis, Missouri 63105
Telephone: (314) 345-6000
Facsimile: (314) 480-1505
**Attorneys for Defendant**

/s/ *Tracey F. George*
**ATTORNEYS FOR PLAINTIFFS**